# EXHIBIT B

**Exhibit B**

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 204 | Marquette | $ 35,261.61 | $ 3,662.03 | $ 893.51 | $ 2,643.59 | $ (310.82) | $ 42,149.92 | $ 30,277.21 | $ 72,427.13 |

# Account Status

## 204 Marquette

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| R204030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 3,662.03 | 3,662.03 |
| 204-0001049 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 26,130.99 | 26,130.99 |
| 204-0001050 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 794.51 | 794.51 |
| 204-0001051 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 99.00 | 99.00 |
| 204-0001052 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | (360.82) | (360.82) |
| 204-0001053 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | (50.00) | (50.00) |
| 204-0001054 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 2,234.18 | 2,234.18 |
| 204-0001055 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | 100.00 | 100.00 |
| 204-0001056CR | Merchandise INV | 06-MAR-20 | 21-MAR-20 | USD | (21,637.11) | (21,637.11) |
| 204-0001057 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 30,767.73 | 30,767.73 |
| 204-0001058 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 409.41 | 409.41 |
| | | | | | Total Due | 42,149.92 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| NOVEMBER | 2019 |
|---|---|
| STORE | 204 | MARQUETTE |
| INVOICE | 204-113019 |

| INVOICE DATE: | 1/16/2020 |
|---|---|
| DUE DATE: | 1/31/2020 |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/HANDLING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 204 | MARQUETTE | ART VAN | ART VAN | 113019 | 11/30/19 | WAGES BILLED - (see attached detail) | 1 | 25.46 | 25.46 | | | 25.46 |
| 204 | MARQUETTE | IT | AT&T MOBILITY. | 87235900009X10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 204 | MARQUETTE | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 1,957.00 | 1,957.00 | | | 1,957.00 |
| 204 | MARQUETTE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 2,401.29 | 2,401.29 | | | 2,401.29 |
| 204 | MARQUETTE | ART VAN | ENGLAND | DM0736611 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 204 | MARQUETTE | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 9 | | 8.78 | 6.23 | 0.53 | 15.54 |
| 204 | MARQUETTE | ADVERTISING | GRAPHICS EAST | 81165 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2VERSIONS GE#81026 | 9 | | 15.49 | 5.37 | 0.93 | 21.79 |
| 204 | MARQUETTE | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2-1 VERSIONS GE#81200 | 10 | | 11.70 | | 0.70 | 12.40 |
| 204 | MARQUETTE | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 20,203 | | | | | 3,972.18 |
| 204 | MARQUETTE | ART VAN | H M RICHARDS INC | DM0736610 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 204 | MARQUETTE | SUPPLY | HATTERAS PRINTING | 67388 | 10/30/19 | BUSINESS CARDS | 1 | 29.00 | 29.00 | 8.50 | 2.25 | 39.75 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | 0.87 | 0.87 | 0.16 | | 1.03 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12PAGE TABLOID | 15,350 | | 614.46 | 51.31 | | 665.77 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29205 | 11/18/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 21,450 | | | | | 793.30 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 21,450 | | | | | 1,234.11 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29207 | 11/18/19 | ART VAN ISSURE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 25,550 | | | | | 692.77 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 25,550 | | | | | 1,452.92 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29210 | 11/18/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 16,600 | | | | | 621.12 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 25,550 | | | | | 870.44 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 204 | MARQUETTE | ART VAN | SOUTHERN MOTION | DM0736608 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 204 | MARQUETTE | ART VAN | TEMPUS TECHNOLOGIES, INC | 101341531 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 204 | MARQUETTE | ART VAN | TEMPUS TECHNOLOGIES, INC | 111342868 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 204 | MARQUETTE | ART VAN | UNITED FURNITURE INDUSTRIES | DM0736602 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 204 | MARQUETTE | ART VAN | UNITED FURNITURE INDUSTRIES | DM0736605 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 204 | MARQUETTE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 14 | | | | | 12.00 |
| 204 | MARQUETTE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 7 | | | | | 65.00 |

GRAND TOTAL: 14,777.13

| Art Van Furniture Franchising | | | |
|---|---|---|---|
| Wages billed to Franchise store - Marquette - Store # 204 | | | |
| November 2019 | | | |
| | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Edmonda Lazri | 25.46 | | 25.46 |
| | | | |
| Total | | | 25.46 |
| | | | |

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 204-0156690 | 20191112 | PROMO50HDTV | 250.01 | 225.00 | 204 |
| 204-0157141 | 20191102 | PROMO50HDTV | 250.01 | 225.00 | 204 |
| 204-0157791 | 20191103 | PROMO43TV | (275.00) | (275.00) | 204 |
| 204-0157820 | 20191104 | TV-43INCH | 150.00 | 150.00 | 204 |
| 204-0157846 | 20191106 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0157910 | 20191109 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0157919 | 20191109 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158132 | 20191119 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158144 | 20191120 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158148 | 20191120 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158178 | 20191122 | TV-43INCH | 150.00 | 150.00 | 204 |
| 204-0158223 | 20191123 | WIRELESSBEATS | 150.00 | 132.00 | 204 |
| 204-0158254 | 20191124 | 50IN-TV | (250.00) | (250.00) | 204 |
| 204-0158309 | 20191128 | AIRFRYER | 50.01 | 50.00 | 204 |
| 204-0158315 | 20191129 | AIRFRYER | 50.01 | 50.00 | 204 |
| 204-0158321 | 20191128 | 50IN-TV | (250.00) | (250.00) | 204 |
| 204-0158408 | 20191129 | 50IN-TV | 250.00 | 250.00 | 204 |
| | | | | 1,957.00 | |

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 |
|---|---|
| STORE | 204 | MARQUETTE |
| INVOICE | 204-123119 |

| INVOICE DATE: | 3/8/2020 |
|---|---|
| DUE DATE: | 3/23/2020 |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 204 | MARQUETTE | IT | AT&T MOBILITY, | 2872369000BX11252019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 204 | MARQUETTE | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 6,503.46 | 6,503.46 | | | 6,503.46 |
| 204 | MARQUETTE | ART VAN | ART VAN | 123119 | 12/31/19 | WAGES BILLED - (see attached detail) | 1 | 477.99 | 477.99 | | | 477.99 |
| 204 | MARQUETTE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 2,401.30 | 2,401.30 | | | 2,401.30 |
| 204 | MARQUETTE | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 3,520.00 | 3,520.00 | | | 3,520.00 |
| 204 | MARQUETTE | ART VAN | VENDOR DM | 123119 | 12/31/19 | VENDOR CREDIT (SEE ATTACHED) | 1 | (30.00) | (30.00) | | | (30.00) |
| 204 | MARQUETTE | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 204 | MARQUETTE | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 204 | MARQUETTE | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 9 | | 10.22 | | 0.61 | 10.83 |
| 204 | MARQUETTE | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 204 | MARQUETTE | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 1,937 | | 1,961.40 | 32.11 | 117.68 | 2,111.19 |
| 204 | MARQUETTE | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 W/EVENT POSTERS ROUND 2-2VERSIONS GE#81954 | 9 | | 11.21 | 10.45 | 0.67 | 22.33 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE:11/22/19 BLACK FRIDAY PREVIEW | 50 | | | | | 1.81 |
| 204 | MARQUETTE | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE:12/29/19 MATTRESS ONLY 4PG TAB | 50 | | | | | 0.95 |
| 204 | MARQUETTE | IT | PCM | 90078695 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTERS | 1 | 348.31 | 348.31 | | | 348.31 |
| 204 | MARQUETTE | VISUAL MERCH | SCREEN WORKS INC. | 69179 | 11/21/19 | HEADBOARD INSERTS | 1 | 28.78 | 28.78 | 19.63 | 2.90 | 51.31 |
| 204 | MARQUETTE | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943903 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 204 | MARQUETTE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 14 | | | | | 9.00 |

| GRAND TOTAL | 204 | $ 15,500.08 |
|---|---|---|

Page 1 of 1

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Marquette - Store # 204 | | | |
| December 2019 | | | |
| | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Greg Williams | 106.68 | | 106.68 |
| | | 7.00 | 7.00 |
| | | | |
| Michelle Gamble | 276.49 | | 276.49 |
| | | 87.82 | 87.82 |
| | | | |
| Total | | | 477.99 |
| | | | |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 204-0157791 | 20191204 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0157929 | 20191217 | 50INCH-TV | 150.00 | 250.00 | 204 |
| 204-0158201 | 20191204 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158306 | 20191228 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158321 | 20191202 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158347 | 20191217 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158353 | 20191222 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158366 | 20191221 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158565 | 20191207 | 50INCH-TV | 150.00 | 250.00 | 204 |
| 204-0158592 | 20191207 | 50INCH-TV | (150.00) | (250.00) | 204 |
| 204-0158592 | 20191228 | 50INCH-TV | (150.00) | (250.00) | 204 |
| 204-0158714 | 20191215 | KITCHENAID-MIXER | 200.00 | 200.00 | 204 |
| 204-0158728 | 20191216 | TV-43INCH | 150.00 | 150.00 | 204 |
| 204-0158732 | 20191217 | TV-43INCH | 150.00 | 150.00 | 204 |
| 204-0158817 | 20191221 | PROMOGC200 | 200.00 | 170.00 | 204 |
| 204-0158885 | 20191227 | PROMOGC200 | 200.00 | 170.00 | 204 |
| 204-0158907 | 20191228 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158911 | 20191228 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158912 | 20191228 | 50IN-TV | 250.00 | 250.00 | 204 |
| 204-0158921 | 20191229 | KEURIGSINGLESERVE | 90.00 | 90.00 | 204 |
| 204-0158924 | 20191229 | KEURIGSINGLESERVE | 90.00 | 90.00 | 204 |
| | | | | 3,520.00 | |

```
PRINT DATE  :   12/05/2019                      ART VAN FURNITURE INC.                           PAGE NUMBER:    1
PRINT TIME  :   9:18:43                                 DEBIT MEMO
DEBIT MEMO# :   741181
REQ. STORE# :                                   WAREHOUSE:  10 WAREHOUSE AVH
VENDOR . . . :   FUSIN FUSION FURNITURE INC.
REASON . . . :                                          ENTRY:  12/05/2019   9:18:41   SRV808KK1
                                                        CLOSE:  12/05/2019   9:18:41   SRV808KK1

                              DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL            QUANTITY    QUANTITY    QUANTITY      UNIT COST   EXTENDED COST
=================================================================================================
   1                              0            0          0              .00         30.00

       Reason . . . :                               Location  :
       ACK#/Product ID:                             Invoice . :
       Customer Name :          Service #    . :  000-0000000-000   Auth  . . :
       Replacement Mdl:         Delivery Date:                      Vend Agree: Yes
                                Sell at  . . :  0% off

       Problem Description
       --------------------------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1257522-001 BRIANNE TWILIGHT 1140-AV-MIST SOFA
       REFER TO DM# 732598
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 204 A $30.00 HANDLING FEE.
=================================================================================================
                                                TOTAL COST:          30.00


                              ** END OF LISTING **
```